No. 97–397. RINELLA v. ROBINSON, ADMINISTRATOR, ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 97–398. FORGIONE v. COMMERCIAL CREDIT CORP. App. Ct. Conn. Certiorari denied.

No. 97–408. PATENT OFFICE PROFESSIONAL ASSN. v. FEDERAL LABOR RELATIONS AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 97–418. ADVANCE REPRODUCTION CO., INC. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. 

No. 97–420. J. E. MERIT CONSTRUCTORS, INC. v. DAVIS. C. A. 5th Cir. Certiorari denied. 

No. 97–422. ANDERSON v. PANOS ET AL. C. A. 7th Cir. Certiorari denied. 

No. 97–432. HEIMANN v. DEPARTMENT OF AGRICULTURE. C. A. 8th Cir. Certiorari denied. 

No. 97–434. IN RE SMITH. C. A. 10th Cir. Certiorari denied.

No. 97–437. SPAHN, GUARDIAN OF FOLZ v. WITTMAN, GUARDIAN AD LITEM FOR FOLZ, ET AL. Sup. Ct. Wis. Certiorari denied. 

No. 97–441. SMITH, ADMINISTRATOR OF THE ESTATE OF SMITH, DECEASED, ET AL. v. HARTFORD ACCIDENT & INDEMNITY CO. ET AL. Sup. Ct. Kan. Certiorari denied. 

No. 97–447. MARTIN v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. 

No. 97–452. DEJESUS v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 97–457. WEDDELL v. HOCHMAN ET AL. C. A. 9th Cir. Certiorari denied.